FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL - 2 2013

OFFICE OF THE CLERK

AO 246 (Rev. 09/11) Probation Order Under 18 U.S.C. § 3607

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Larry Redwing | ) Case No. 8:13CR86-LSC-TDT |
| | ) |
| Defendant | ) |

## PROBATION ORDER UNDER 18 U.S.C. § 3607

The defendant having been found guilty of an offense described under 21 U.S.C. § 844, and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED:** The defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of _12 months_ without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth on the next page of this order, and the following special conditions:

1. The defendant must participate in a drug education or treatment program, or both, if ordered to do so by the supervising probation officer.
2. The defendant must undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.
3. The defendant must: *pay a Special assessment of $25.00 forthwith.*

Date: 7/2/13

_Judge's signature_

THOMAS D. THALKEN, U.S. MAGISTRATE JUDGE
_Printed name and title_

### Defendant's Consent

I have read the proposed probation order under 18 U.S.C. § 3607 and the conditions of probation, including the special conditions above. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the order.

I also understand that, if I have not violated any condition of my probation, the court, without entering a judgment of conviction, (1) may dismiss the proceedings and discharge me from probation before the expiration of the term of probation, or (2) must dismiss the proceedings and discharge me from probation at the expiration of the term of probation.

I also understand that, if I was under age 21 at the time of the offense, I am entitled to have the record of my arrest and conviction expunged upon application.

Date: 7-2-13

_Larry Redwing_
_Defendant's signature_

_Signature of defendant's attorney_

Richard H. McWilliams
_Printed name of defendant's attorney_

AO 246 (Rev. 09/11)  Probation Order Under 18 U.S.C. § 3607 (Page 2)

## Conditions of Probation

While on probation, you must:

1) not leave the judicial district without the permission of the court or probation officer;

2) report to the probation officer in a manner and frequency directed by the court or probation officer;

3) answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) support any dependents and meet other family responsibilities;

5) work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) notify the probation officer at least ten days prior to any change in residence or employment;

7) refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) not associate with any person engaged in criminal activity, or convicted of a felony, unless granted permission to do so by the probation officer;

10) permit a probation officer to visit you at any time at home or elsewhere and permit the confiscation of any contraband observed in plain view of the probation officer;

11) notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) notify third parties as directed by the probation officer of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and permit the probation officer to make such notifications and to confirm the defendant's compliance with the notification requirement.